UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAADIQ RODGERS-KING,

                Plaintiff,

        v.

CANDY DIGITAL, INC.,

                Defendant.

23-CV-2591 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Pursuant to the Southern District of New York's Second Amended Standing Administrative Order of October 1, 2015 regarding employment discrimination cases, this case is designated for automatic referral under the Court's existing Alternative Dispute Resolution program of mediation. The action will therefore be automatically referred upon the filing of Defendant's Answer, which is due July 10, 2023.

    Accordingly, the initial pretrial conference previously scheduled for July 12, 2023 is hereby adjourned *sine die*. The parties shall file a joint status letter updating the Court on the status of mediation no later than one week following the mediation conference.

SO ORDERED.

Dated:      July 7, 2023
              New York, New York

                                                          _____
                                                            Hon. Ronnie Abrams
                                                             United States District Judge